## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) | Case No. 16-20035 |
| BEVERLY ANN LAVIGNE, | ) |  |
|  | ) |  |
|  | ) |  |
| Debtor. | ) |  |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned attorney appears on behalf of the United States Trustee in the above-captioned chapter 11 case.  Pursuant to the applicable provisions of the United States Bankruptcy Code (the "Code"), Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules and Standing Orders, the United States Trustee requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon:

Jennifer H. Pincus, Esq.
DEPARTMENT OF JUSTICE
Office of the U.S. Trustee
537 Congress Street, Suite 300
Portland, ME  04101
Jennifer.H.Pincus@usdoj.gov

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the rules and orders specified above but also includes, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, telegraph, telex or otherwise, which affects the above-referenced Debtor or the property of said Debtor.

Dated:  January 28, 2016          Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

By:    /s/ Jennifer H. Pincus
Jennifer H. Pincus
United States Department of Justice
537 Congress Street, Suite 300
Portland, ME 04101
(207) 780-3564 – Ext. 202
Jennifer.H.Pincus@usdoj.gov