UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>BEVERLY ANN LAVIGNE,<br><br>Debtor. | Chapter 11<br>Case No. 16-20035 |

### ORDER DENYING MOTION TO RECONSIDER

This matter came before the court on Ms. Lavigne's third motion seeking to either reopen her chapter 11 case or reconsider prior orders related to the dismissal of her case (Docket Entry ("D.E.") 57). The orders denying the previous two motions were issued on October 30, 2019 (Docket Entry ("D.E.") 40) and August 25, 2021 (D.E. 55). Like the two prior motions, the most recent motion is an unintelligible collection of allegations entirely irrelevant to the standards set forth under either 11 U.S.C. § 350 (relating to the reopening of cases) and/or Fed. R. Civ. P. 60 (relating to relief from judgment or order), as made applicable to bankruptcy proceedings by Fed. R. Bankr. P. 9024. Accordingly, the motion is DENIED.

The court dismissed Ms. Lavigne's bankruptcy case more than five years ago and approximately one week after the case was filed (D.E. 13). The dismissal came as a result of Ms. Lavigne's failure to file critical documents in accordance with her duties as a debtor under the United States Bankruptcy Code and in compliance with an Order to Comply with Bankruptcy Rules 1007 and Notice of Intent to Dismiss Case (D.E. 7). At this point, the court cannot comprehend a justification for either reopening this case or vacating any prior orders. If any such justification exists, it cannot be found in the frivolous motions filed by Ms. Lavigne to date.

Ms. Lavigne is hereby warned that any future motions seeking to reopen Case No. 16-20035 or requesting reconsideration of any orders issued in that proceeding which are premised

on the same incomprehensible and irrelevant allegations will result in an order restricting her ability to file future pleadings in this court and may include other additional sanctions.  *See*, Cok v. Family Court of Rhode Island, 985 F.2d 32, 35 (1st Cir. 1993).

Dated:  September 8, 2021                                                    /s/ Peter G. Cary
                                                                         Judge Peter G. Cary
                                                                         United States Bankruptcy Court